UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Kevin Michael Kavanagh           :           Case #: 07-53148
       Lisa Marie Kavanagh

                                                   :           Chapter 13

                                                   :           Judge Caldwell

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: October 29, 2010           /s/ Frank M. Pees_____
                                                  Frank M. Pees
                                                  Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Wilshire Credit Corp. | $58.38 |
| P.O. Box 5170 | |
| Simi Valley, CA 93052-5170 | |